UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

BELLACH'S LEATHER FOR LIVING, INC.,           No. 08-10362

                            Debtor(s).
_____/

ORDER TO SHOW CAUSE RE VACATION OF ORDER APPROVING EMPLOYMENT OF LIQUIDATOR
_____

TO THE DEBTOR AND HOYT HIGHFILL and ASSOCIATES, LIQUIDATOR:

       On March 21, 2008, this court expressed concern in a written memorandum that the debtor's bankruptcy status might be used improperly in publicizing the sale you proposed. On March 25, 2008, this court issued an order approving the employment of Hoyt Highfill & Associates as liquidator with the express provision that the word "bankruptcy" not be used in any banners or promotion of a sale. It appearing that you have circumvented the intent of the court and improperly used the debtor's bankruptcy status to promote a sale by using the term "Chapter 11" in lieu of "bankruptcy," YOU ARE HEREBY ORDERED TO APPEAR before this court, located at 99 South E Street, Santa Rosa, California, at 9:00 A.M. on May 16, 2008, then and there to show cause, if any you have, why this court's order of March 25, 2008, approving the employment of said liquidator, should not be vacated.

       PENDING SAID HEARING, you, and each of you, and your agents and employees shall

1

1 immediately cease and desist from using the term "Chapter 11" or any other term which indicates that the
2 debtor has filed a bankruptcy petition, in any advertising, banners, signs, flyers, or other promotional materials
3 relating to any sale being conducted on any of the debtor's premises.
4 Dated: May 9, 2008

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge

| | |
|---|---|
| 1 | CERTIFICATE OF MAILING |
| 2 | The undersigned deputy clerk of the United States Bankruptcy Court for the Northern District of |
| 3 | California hereby certifies that a copy of the attached document was mailed to all parties listed below |
| 4 | as required by the Bankruptcy Code and Rules of Bankruptcy Procedure. |
| 5 | |
| 6 | Dated: May 9, 2008            Dawn Passalacqua, Deputy Clerk |
| 7 | |
| 8 | Hoyt Highfill & Associates |
| 9 | PO BOX 2162 |
|   | Monroe, LA 71207 |

3